IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR89 |
| | ) | |
| v. | ) | |
| | ) | |
| REMIGO PINTO, JR., | ) | ORDER |
| PEDRO SANCHEZ-ZAVALA, | ) | |
| a/k/a El Primo, | ) | |
| LUIS ZALAS-VEGO, and | ) | |
| HUGO RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

　　　　This matter is before the Court on plaintiff's motion for leave to dismiss, without prejudice, the indictment as it relates to Pedro Sanchez-Zavala, a/k/a El Primo, only (Filing No. 35). The Court notes defendant has filed a response (Filing No. 36) noting he has no objection. Accordingly,

　　　　IT IS ORDERED that plaintiff's motion is granted. The indictment is dismissed without prejudice as it relates to Pedro Sanchez-Zavala, a/k/a El Primo, only.

　　　　DATED this 21st day of March, 2008.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court